1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   11th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:    (415) 436-7000
    Fax:          (415) 436-7009
7
   Attorneys for United States of America
8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | MARILYN S. KWOLEK,              ) | Case No. C 11-00775-SI
   |                                 ) | Related Case No. C 11-00830-SI
13 |         Petitioner,              ) |
   |                                 ) | STIPULATION TO RESCHEDULE CASE
14 |     v.                           ) | MANAGEMENT CONFERENCE AND
   |                                 ) | [~~PROPOSED~~] ORDER
15 |                                 ) |
   | UNITED STATES OF AMERICA,       ) |
16 |                                 ) | Date:   June 24, 2011
   |         Respondent.              ) | Time:   2:30 p.m.
17 |_____ ) | Place:  19th Floor, Courtroom 10

18      The parties hereby stipulate and agree, subject to the Court's approval, as follows:

19      That the case management conference in Marilyn S. Kwolek, Case No. C 11-00775-SI,

20 and Marilyn S. Kwolek, Case No. C 11-00830-SI, currently scheduled for June 3, 2011, at 2:30,

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  be rescheduled to June 24, 2011, at 2:30.

2  SO STIPULATED:

3                  MELINDA HAAG
                United States Attorney

4  Date: May 4, 2011                /s/

5                  CYNTHIA STIER
                Assistant United States Attorney

6                  Tax Division

7                  Attorneys for United States of America

8  Date: May 4, 2011                /s/
                ROBERT E. BARNES

9                  The Bernhoft Law Firm
                207 E. Buffalo Street

10                 Suite 600
                Milwaukee, WI 53202

11                 (414) 276-3333

12

                Attorney for Marilyn S. Kwolek

13

14 SO ORDERED:

15

16 Dated: 5/5/11

17                 THE HONORABLE SUSAN ILLSTON
                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Kwolek v. US, Case No.11-00775-SI, and
11-00830-SI, Stipulation to Reschedule
Case Mgmt. Conf. and
[Proposed] Order                2