1   ROBERT E. BARNES (Cal. St. Bar No. 235919)
2   THE BERNHOFT LAW FIRM, P.C.
        207 E. Buffalo Street, Suite 600
3       Milwaukee, Wisconsin 53202
        Telephone: (414) 276-3333 (general)
4                   (414) 704-2416 (direct)
5       Facsimile:  (414) 276-2822
        Email: rebarnes@bernhoftlaw.com
6

7   Attorney for Petitioner Marilyn S. Kwolek

8

9                **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN FRANCISCO DIVISION**

11

12  MARILYN S. KWOLEK,              )     Case No. C 11-00775-SI
13                                  )     Related Case No. C 11-00830-SI
                 Petitioner,        )
14                                  )     STIPULATION TO RESCHEDULE
15      v.                          )     MOTION HEARING DATE AND
                                    )     CASE MANAGEMENT
16  UNITED STATES OF AMERICA,       )     CONFERENCE AND [~~PROPOSED~~]
17                                  )     ORDER
                 Respondent.        )
18                                  )     Motion Date:    June 24, 2011
19                                  )     Time:           9:00 a.m.
                                    )     Place:          19th Floor, Rm. 10
20                                  )
21                                  )     CMC Date:       July 8, 2011
                                    )     Time:           2:30 p.m.
22                                  )     Place:          19th Floor, Rm. 10
                                    )
23  _____)

24      The parties hereby stipulate and agree, subject to the Court's approval, as
25  follows:

26                                  1
27  _____
        *Kwolek v. United States of America*, Case Nos. 11-00775-SI and 11-00830-SI
    STIPULATION TO RESCHEDULE MOTION HEARING DATE AND CASE MANAGEMENT
                    CONFERENCE AND [PROPOSED] ORDER

1        1.    That the motion hearing on the Respondent's Motion to Dismiss in

2    Case No. C-11-00775-SI and Case No. C-11-00830, currently scheduled for June

3    10, 2011, at 9:00 a.m. be rescheduled to June 24, 2011, at 9:00 a.m., and;

4        2.    That the case management conference currently scheduled for June

5    24, 2011 at 2:30 p.m. be rescheduled to July 8, 2011, at 2:30 p.m.

6    SO STIPULATED:

7                                          MELINDA HAAG

8                                          United States Attorney

9    Dated:  May 11, 2011        /s/ Cynthia Stier

10                                         CYNTHIA STIER

                                      Assistant United States Attorney

11                                         Tax Division

12                                         Attorneys for the United States of America

13

14   Dated:  May 11, 2011        /s/ Robert E. Barnes

15                                         ROBERT E. BARNES

                                      The Bernhoft Law Firm, S.C.

16                                         207 E. Buffalo Street, Suite 600

17                                         Milwaukee, Wisconsin 53202

18                                         (414) 276-3333 telephone

19                                         Attorneys for Marilyn S. Kwolek

20

21   SO ORDERED:

22

23   Dated:  ____5/12/11_____                       

24                                         THE HONORABLE SUSAN ILLSTON

                                      UNITED STATES DISTRICT JUDGE

25

26                       2

27