**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. KWOLEK,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____ / | No. C 11-775 SI<br><br>**JUDGMENT** |

    The Court has dismissed the petition to quash. Judgment is hereby entered against petitioner and in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 21, 2011

                                                                    *[signature]*
                                                          SUSAN ILLSTON
                                                          United States District Judge